UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **ED CV 24-1133-CBM(ASx)** | Date | AUGUST 9, 2024 |
|---|---|---|---|
| Title | Bruder Releasing Inc. et al v. Group Televisa, S.A.B. et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        In Court        X    In Chambers        X    **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on August 8, 2024 [17]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90                    **CIVIL MINUTES - GENERAL**        Initials of Deputy Clerk YS